UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

U.S. BANK TRUST COMPANY, NATIONAL
ASSOCIATION, as trustee, as successor-in-interest
to U.S. Bank National Association, as Trustee,
successor in interest to Bank of America National
Association, as Trustee, successor by merger to
LaSalle Bank National Association, as Trustee for
Residential Asset Mortgage Products, Inc.,
Mortgage Asset-Backed Pass-Through Certificates,
Series 2007-RP1,

            Plaintiff,

    v.

DARREL J. BARNES, et al.,

           Defendants.

───────────────────────────────

**ORDER TO SHOW CAUSE**

6:25-CV-06218 EAW

      Plaintiff U.S. Bank Trust Company, National Association ("Plaintiff") filed this action on April 22, 2025. (Dkt. 1). Defendants were served in May 2025. (Dkt. 4; Dkt. 5). Defendants failed to file answers, and Plaintiff requested a Clerk's Entry of Default, which was entered on June 2, 2025. (Dkt. 7). No action has occurred in this case since that time, over seven months ago.

      "A district court may *sua sponte* dismiss a complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for . . . failure to prosecute." *Lopez v. Smurfit-Stone Container Enter., Inc.*, 289 F.R.D. 103, 104 (W.D.N.Y. 2013) (quotation omitted).

-1-

Additionally, Local Rule of Civil Procedure 41(b) provides that, "[i]f a civil case has been pending for more than six (6) months and is not in compliance with the directions of the Judge or a Magistrate Judge, or if no action has been taken by the parties in six (6) months, the Court may issue a written order to the parties to show cause within thirty (30) days why the case should not be dismissed for failure to comply with the Court's directives or to prosecute." As previously set forth, Plaintiff has taken no action in this matter within the last six months. Accordingly, it is hereby

ORDERED that Plaintiff must show cause **<u>in writing</u>** why this case should not be dismissed for failure to prosecute. **<u>The deadline to respond to this Order to Show Cause is February 16, 2026.</u>** On or before that date, Plaintiff must set forth in writing through a sworn affidavit its intention to continue to pursue this action and the reason(s) that the Court should not dismiss the case for failure to prosecute. **<u>Failure to comply with this Order will result in the dismissal of this action</u>**.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated: January 20, 2026
       Rochester, New York